## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

|  |  |
|---|---|
| Dale M. Pyles | Case # 13-58772 |
| Carrie N. Pyles | Chapter 13 |
| Debtors | Judge Hoffman |

CARRIE PYLES
102 W. State Street
Milford Center, Ohio 43045

       Plaintiff,

vs.                                  Adv. Pro. No. 14-ap-02250

LANGLEY MANAGEMENT SERVICES, LLC

       and

NCP FINANCE OHIO, LLC

       Defendants.

## <u>STIPULATION OF DISMISSAL</u>

Now come counsel for the parties, on behalf of their respective clients, and hereby stipulate to the dismissal of this Adversary Proceeding. This stipulation is entered pursuant to Rule 7041 of the U.S. Bankruptcy Rules.

Approved by:

| | |
|---|---|
| /s/ Amy E. Gullifer | /s/ Joseph C. Krella |
| Amy E. Gullifer # 0074218 | Joseph C. Krella # 0083527 |
| Attorney for Plaintiffs | Attorney for Defendants |
| Cannizzaro, Bridges, Jillisky & Streng | Dinsmore & Shohl LLP |
| 302 South Main Street | 1100 Courthouse Plaza SW |
| Marysville, OH 43040 | Dayton, Ohio 45402 |
| (937) 644-9125 Telephone | (937) 449-2800 (telephone) |
| (937) 644-0754 Fax | (937) 446-2836 (facsimile) |
| bkadmin@cfbjs.com | joe.krella@dinsmore.com |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the Stipulation of Dismisal was

served upon Joseph C. Krella, Counsel for the Defendants at joe.krella@dinsmore.com

on this 8th day of May 2015.


Respectfully Submitted,

<u>/s/Amy E. Gullifer</u>
Amy Elizabeth Gullifer # 0074218
Attorney for the Plaintiff